# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 103 WAL 2017
                                :
            Respondent            :
                                :
                                : Petition for Allowance of Appeal from
                                : the Order of the Superior Court
        v.              :
                                :
                                :
CODY RUBINOSKY,                 :
                                :
            Petitioner            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.